JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IRMA HERNANDEZ and WILLIAM HERNANDEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF HEMET, KARI MESKE, DOUG KLINZING, OFFICER KAUG, OFFICER CHAVEZ, OFFICER GORDON, AND DOES 1 TO 2, Inclusive,<br><br>    Defendants. | Case No. 5:22-CV-1933-RGK-SP<br><br>*[Assigned to the Honorable District Judge, R. Gary Klausner, Magistrate Judge, Sheri Pym]*<br><br>[~~PROPOSED~~] ORDER RE DISMISSAL OF PLAINTIFFS' CLAIMS AND ENTIRE CIVIL ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii)<br><br>[50] |

PURSUANT TO THE JOINT STIPULATION OF THE PARTIES ("Stipulation and Joint Request for Order Dismissing Plaintiffs' Claims and Entire Civil Action With Prejudice"), and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Central District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefore, and in furtherance of the interests of justice:

1.     The Court hereby Orders the dismissal with prejudice of all plaintiffs' claims against defendants CITY OF HEMET, KARI MESKE, DOUG KLINZING, OFFICER SKAUG (erroneously named as OFFICER KAUG), OFFICER CHAVEZ, and OFFICER GORDON in their entirety.

2.     To the extent that plaintiffs allege any other claims against any other parties or DOES in this action, the Court hereby Orders the dismissal with prejudice of any and all such claims and causes of action.

3.     The Court hereby Orders the dismissal with prejudice of the **entire action** – including all claims by plaintiffs against any and all defendants, DOES and/or parties thereto, including all claims against any parties to the above entitled lawsuit.

4.     This dismissal constitutes a mutual waiver of all costs, court fees, and attorneys' fees arising out of claims between plaintiffs and defendants.

**IT IS SO ORDERED.**

Dated: 8/10/2023

*/s/ Gary Klausner*
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE